The People of the State of New York *ex rel.* Anthony S. Woods, *Appellant, v.* The Board of Police of Long Island City, *Respondent.* — Order dismissing relator reversed, and relator reinstated, with costs. Opinion by Pratt, J.

William Butler, *Appellant, v.* James McGovern, *Respondent.*—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Leonard A. Merritt, *Respondent, v.* Maurice Fitzgibbons and others, *Appellants.* — Judgment and order refusing to set aside verdict and denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Charles E. Gorton, *Respondent, v.* Catherine E. White, *Appellant, Impleaded, etc.* — Paragraphs 1, 2 and 4 of the order reversed, with costs and disbursements, and leave given appellant to correct and file case in twenty days and to complete appeal. Opinion by Pratt, J.; Dykman, J., not sitting.

Fuller Electrical Company, *Respondent, v.* Benjamin Lewis and others, *Appellants.* — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Diedrick Mohlenbrock, *Respondent, v.* Jacob Grill and others, *Appellants.* — Judgment affirmed, with costs. Opinion by Dykman, J.

Albert H. Browe, *Appellant, v.* Continental Telegraph Company, *Respondent.* — Judgment reversed and new trial granted, with costs to abide event; reference vacated. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Eber L. Pilgrim, *Administrator, etc., Appellant, v.* Patrick Donnelly, *Respondent.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John C. Provost, *Respondent, v.* John C. McIncroe, *Appellant.*—Judgment affirmed, with costs. Opinion by Dykman, J.

David Griffin, *Respondent, v.* George K. Otis, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Myra E. Favor, *Respondent, v.* Anthony W. Dimmock and Edward N. Whiton, *Appellants.* — Judgment and order denying new trial upon the minutes affirmed, with costs. Opinion by Barnard, P. J.

James J. Lutkin, *Appellant, v.* James Whitely and others, *Respondents.* — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Annie E. Embler, *Respondent, v.* William J. Embler and others, *Appellants.* — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.